**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 15-cr-00245-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MATTHEW HOLT, and
2.    **JORDAIN LARSEN**

    Defendants.

---

**FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, as set forth in the Information returned on January 8, 2016.

THAT a Preliminary Order of Forfeiture was entered on February 9, 2016.

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n).

THAT the time for any third parties to file a petition expired on April 13, 2016.

THAT to date, no Petition for Ancillary Hearing has been filed by any petitioner.

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from the claims of any other party:

a. White Nokia cell phone;

b. 8 CDs/DVDs;

c. Vivitar digital camera with SD card;

d. Nikon Coolpix 4600 digital camera with SD card;

e. Fuji Film Finepix AX560 digital camera with SD card;

f. Fuji Film Finepix S2940WM digital camera with SD card;

g. LG TMobile cell phone;

h. HTC TMobile cell phone;

i. Maxell Adapter containing 2GB microSD card;

j. Asus Nexus Tablet;

k. Samsung Galaxy S4 cell phone with cracked screen;

l. Laptop Computer Dell Inspiron (P28F) 4DLVDW1;

m. Laptop Computer Dell Inspiron (P28F) 4DLVDW1;

n. Laptop Computer ASUS Q500A DINOAS17359902;

o. Laptop Computer Dell Experian 3520 HCZ6BV1;

p. Tablet (Mobile Device) Verizon Ellipsis 7 (QMV7A) IVVW7D7DNJYDRSDQ;

q. Cell Phone w/Black Case Samsung Galaxy S4 (SCH-I545) IMEI: 990004382179269;

    r.        Cell Phone w/Black & Blue Case Samsung Galaxy S3 (SCH-I535) IMEI: 990003435878711;

    s.        External Hard Drive, Seagate NAILABL9;

    t.        Internal Hard Drive, (40GB) Toshiba MK4026GAX 85IE2840T;

    u.        Laptop Computer, ACER KAWGO LXPGX02005950334C41601;

    v.        Laptop Computer, Toshiba;

    w.        Cell Phone w/Pink Case Samsung Galaxy Note 3 (SM-N900V) IMEI: 990004498432156; and

    x.        Desktop Computer, Dell Dimension B110 7T65WB1.

THAT the United States shall have full and legal title to the above-referenced property and may dispose of it in accordance with law.

DATED this 26th day of April, 2016.

BY THE COURT:

_____
William J. Martinez
United States District Judge